## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **U.S. SECURITIES AND EXCHANGE COMMISSION** | : |
| | :     **NO. 12-CV-700-JWD-DEK** |
| **VERSUS** | : |
| | : |
| **COMMONWEALTH ADVISORS, INC. AND WALTER A. MORALES** | : |

### AMENDED ANSWER ON BEHALF OF COMMONWEALTH ADVISORS, INC. AND WALTER A. MORALES

As their Amended Answer to the Complaint filed herein, Defendants, Commonwealth Advisors, Inc. and Walter A. Morales ("Commonwealth Defendants"), amend and restate Paragraph 54 of their original Answer (Doc. 13) as follows:

54.    Defendants deny the allegations in Paragraph 54 of the Complaint.

All other portions of the original Answer are hereby incorporated herein as if fully set forth herein.

**WHEREFORE**, the Commonwealth Defendants pray that judgment be entered in their favor and against Plaintiff, dismissing with prejudice Plaintiff's Complaint and all claims for relief therein, at Plaintiff's cost.

> **TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**
> **By: s/ Fredrick R. Tulley**
>     **Fredrick R. Tulley, Bar # 7534**
>     **Eugene R. Groves, Bar # 6358**
>     **Ryan K. French, Bar #34555**
>     **John A. Milazzo Jr., Bar #35249**
>     **450 Laurel Street, 8th Floor (70801)**
>     **P. O. Box 2471**
>     **Baton Rouge, LA 70821**
>     **Telephone:  225-387-3221**
>     **Fax:  225-346-8049**
>     **fred.tulley@taylorporter.com**
>     **gene.groves@taylorporter.com**
>     **ryan.french@taylorporter.com**
>     **john.milazzo@taylorporter.com**
> **ATTORNEYS FOR COMMMONWEALTH ADVISORS, INC. AND WALTER A. MORALES**

1410441.v1

<u>**CERTIFICATE**</u>

I hereby certify that on September 23, 2016, a copy of the foregoing was sent by electronic mail and/or U.S Mail, postage prepaid, to the following:

Cheryl L. Crumpton
crumpton@sec.gov
Stephan J. Schlegelmilch
schlegelmilchs@sec.gov
Gary M. Zinkgraf
zinkgrafg@sec.gov
Jonathan P. Hicks
hooksj@sec.gov
U.S. Securities and Exchange Commission
Division of Enforcement
100 F Street, N.E.
Washington, D.C. 20549-5971

John J. Gaupp
Assistant United States Attorney
U.S. Attorney's Office
777 Florida Street
Suite 208
Baton Rouge, LA 70801
john.gaupp@usdoj.gov

**s/ Fredrick R. Tulley**
**Fredrick R. Tulley**

1410441.v1